IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HERN AND WENDY HERN, ) | |
| ) | 2:07-cv-1381-GEB-JFM |
| Plaintiffs, ) | |
| ) | |
| v. ) | AMENDMENTS TO SCHEDULING |
| ) | ORDER |
| MILWAUKEE ELECTRIC TOOL CORP.; ) | |
| THE HOME DEPOT, ) | |
| ) | |
| Defendants. ) | |

On July 18, 2008, the parties filed proposed changes to the November 5, 2007 Scheduling Order which includes an expert witness discovery completion date that is after the last hearing date for the law and motion hearing date deadline. This proposal is unusual, not sufficiently explained, and does not appear practical; therefore it is rejected.

However, to accommodate the parties' conclusory request for more time for discovery, the Scheduling Order will be modified as follows:[1]

---

[1] Accommodating the parties' requested modification to the Order reduces the amount of time between the trial commencement date and the final pretrial conference. Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.

1

1                (1)  Each party shall comply with Federal Rule of Civil
2    Procedure 26 (a) (2)'s expert witness disclosure requirements on or
3    before October 11, 2008;
4                (2)  All discovery shall be completed by December 3, 2008;
5                (3)  the last hearing date for motions shall be January 12,
6    2009 at 9:00 a.m.;
7                (3)  the final pretrial conference is set for March 2, 2009,
8    at 1:30 p.m.
9            Trial remains scheduled for April 7, 2009, commencing at
10   9:00 a.m.
11               IT IS SO ORDERED.
12   Dated:  July 24, 2008
13
14   _____
     GARLAND E. BURRELL, JR.
15   United States District Judge