UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CRAIG HERN and WENDY HERN,       )
                                 )   2:07-cv-1381-GEB-JFM
          Plaintiffs,            )
                                 )
     v.                          )   ORDER
MILWAUKEE ELECTRIC TOOL          )
CORPORATION; THE HOME DEPOT,     )
                                 )
          Defendants.            )
                                 )
```

      The parties' stipulation filed on September 24, 2008, in which they report that the current scheduling order be vacated is not approved.

Dated: September 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge