UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CRAIG HERN and WENDY HERN,      )      2:07-cv-01381-GEB-JFM
                                )
          Plaintiffs,           )      ORDER
                                )
     v.                         )
                                )
MILWAUKEE ELECTRIC TOOL         )
CORPORATION; THE HOME DEPOT,    )
                                )
          Defendants.           )
_____)
```

Plaintiff's request filed October 2, 2008, to vacate the remaining scheduled dates in the Status (Pretrial scheduling) Order is granted. These dates are vacated. A status conference is scheduled to commence at 9:00 a.m. on February 2, 2009. A joint status report shall be filed no later than 14 days prior to the status conference.

Dated:  October 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge