UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG HERN and WENDY HERN, ) | 2:07-cv-1381-GEB-JFM |
| Plaintiffs, ) | |
| v. ) | ORDER CONTINUING |
| MILWAUKEE ELECTRIC TOOL ) | STATUS (PRETRIAL |
| CORPORATION, ) | SCHEDULING) CONFERENCE |
| Defendant.[1] ) | |

The status conference set for February 2, 2009, is rescheduled to commence at 9:00 a.m. on March 30, 2009. A joint status report shall be filed no later than 14 days prior to the status conference.

Dated: January 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The caption was changed to reflect dismissal of Defendant Home Depot on January 14, 2009, and dismissal of Does on September 28, 2007.

1