IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG HERN and WENDY HERN,)
)   02:07-cv-01381-GEB-JFM
      Plaintiffs,)
)   ORDER
  v.)
)
MILWAUKEE ELECTRIC TOOL,)
CORPORATION,)
)
      Defendant.)

This action is remanded to the Sacramento Superior Court of the State of California from which it was removed, since the nature of the case has changed since removal and the jurisdictional basis for the action's continuing pendency in federal court has not been shown.

Dated: April 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1