IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG HERN and WENDY HERN )
individuals, )
                              )
        Plaintiffs,           )   2:07-cv-1381 GEB EFB
                              )
    v.                        )   ORDER[*]
                              )
MILWAUKEE ELECTRIC TOOL       )
CORPORATION,                  )
                              )
        Defendant.            )
_____)

On May 8, 2009, Defendant filed a motion for reconsideration of the remand order filed April 29, 2009. The motion is granted and the remand order is vacated. Therefore, a status hearing is scheduled to commence at 9:00 a.m. on August 10, 2009, and joint status report shall be filed fourteen days before the status hearing.

Dated:  June 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1