Jeffrey L. Jacobs (SBN 140057)
**JACOBS LAW GROUP**
1420 River Park Drive, Suite 100
Sacramento, California 95815-4506
Telephone: (916) 569-1600
Facsimile: (916) 569-1618

PAUL NATHAN PHILLIPS (SBN 128297)
**LAW OFFICES OF PAUL NATHAN PHILLIPS**
1420 River Park Drive, Suite 100
Sacramento, California 95815-4506
Telephone: (916) 646-3841
Facsimile: (916) 646-3831

Attorneys for Plaintiffs
CRAIG HERN and WENDY HERN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CRAIG HERN and WENDY HERN, | CASE NO. 2:07-CV-01381-GEB-JFM |
| Plaintiffs, | **STIPULATION AND ORDER TO REMAND** |
| vs. | Crtm: 10 |
| MILWAUKEE ELECTRIC TOOL CORPORATION; THE HOME DEPOT, | Judge: Garland E. Burrell |
| Defendants. | |

The parties to this action, through their respective attorneys of record, stipulate and agree that this case be remanded, forthwith, to the Superior Court Of California, in and for the County of Sacramento.

Dated: December 17, 2009.          JACOBS LAW GROUP


                                   By: _____
                                       JEFFREY L. JACOBS
                                       Attorneys for Plaintiff

Dated: December___, 2009.          ROBINSON & WOOD

STIPULATION AND ORDER TO REMAND

By: _____
ARTHUR CASEY
Attorneys for Defendants

ORDER

IT IS SO ORDERED that this case be, and hereby is, remanded to the Superior Court Of California, in and for the County of Sacramento.

Dated:  January 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND ORDER TO REMAND